IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order issued April 13, 2006, judgment is

entered in favor of the Defendants, Cripple Creek & Victor Gold Mining Company, Anglogold (Colorado) Corporation, Anglogold North America Inc., and Golden Cycle Gold Corporation, and against the Plaintiffs, Sierra Club and Mineral Policy Center, on all claims.  The Defendants are awarded costs.  A Bill of Costs shall be filed with the Clerk of Court within fourteen days of the entry of judgment.

**DATED** at Denver, Colorado, this 13th day of April, 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge